IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

TONI BELLAIS and JOSHUA BELLAIS, AS
NATURAL PARENTS AND LEGAL GUARDIANS
OF K___ B___, A MINOR                                          PLAINTIFFS

VS.                                      CIVIL ACTION NO.: A2402-2021-040

LAND HOLDINGS I, LLC dba
SCARLET PEARL CASINO RESORT                                    DEFENDANT

## COMPLAINT

NOW INTO COURT, through undersigned counsel, come the Plaintiffs, Toni Bellais and Joshua Bellais, as Natural Parents and Legal Guardians of K___ B___, a Minor, who files this Complaint against the Defendant, Land Holdings I, LLC d/b/a Scarlet Pearl Casino Resort, and shows this honorable court the following, to-wit:

I.

The Plaintiffs, Toni Bellais and Joshua Bellais, Natural Parents and Legal Guardians of K___ B___, a Minor, are the natural parents and duly appointed legal guardians[1] of K___ B___, a minor, both of whom are residents of Jackson County, Mississippi.

II.

Defendant, Land Holdings, I, LLC d/b/a Scarlet Pearl Casino Resort is a foreign limited liability company who may be served pursuant to the Mississippi Rules of Civil Procedure through its registered agent for service of process, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

FILED
MAR 03 2021
Connie Ladner
Circuit Clerk
BY: _____ D.C.

---

[1] Toni and Joshua Bellais were appointed legal guardians by Jackson County Chancery Court for the purposes of pursuing this lawsuit. Cause of Action Number: 20-1996-MAM.

EXHIBIT 1

III.

This cause of action occurred or accrued in the Second Judicial District of Harrison County, Mississippi; and pursuant to the provisions Miss. Code Ann. §11-11-3, as amended, venue is proper in this Court.

IV.

On June 1, 2020, K█████ B████, a minor, was a 6 year old business invitee via the role of hotel guest who was staying with her grandfather in Room 1613 at the Scarlet Pearl Hotel, which was owned by Defendant.

V.

While in the room, K█████ went to the window. At that same time, a sibling pressed a button to bring raise the venetian blinds up. The venetian blinds were broken, and as they raised, the broken sharp end of the blinds cut K█████ deeply in the perineum / groin area.

VI.

Plaintiff would show that the Defendant knew or should have known of the danger presented by the broken sharp end of the venetian blinds and the Defendants individually and/or collectively failed to warn or otherwise notify the minor, K█████ B████, or anyone else with her of the sharp broken edge of the venetian blinds.

VII.

The aforesaid incident sued on herein was the fault of, and proximately caused by the negligence of Defendant, Land Holdings I, LLC d/b/a Scarlet Pearl Casino Resort, in the following, non-exclusive respects:

    a.    By failing to warn the public of a known danger;

    b.      By failing to reasonably and safely operate said business;

    c.      In operating the business in an improper, unsafe, and negligent manner;

    d.      In failing to warn the Plaintiff of a hidden danger caused by the defendants;

    e.      In failing to safely demarcate a danger in which they were aware of;

    f.      In negligently training;

    g.      In negligently failing to supervise;

    h.      In negligently hiring and/or retaining;

    f.      In violating the duties owed to a business invitee;

    g.      In violating industry standards and building codes;

    h.      In violating company policies and procedures;

    i.      In violating the Revised Statutes of the State of Mississippi, all of which are pled as if copied herein in extenso; and

    j.      All other acts of negligence and/or gross negligence which were the cause of the incident sued upon and will be shown at the trial of this matter.

## VIII.

That as a result of the aforesaid fall, K███ B███, a minor, has sustained serious injuries to her perineum / groin area resulting in anesthesia, stitches, and eventual surgery.

## IX.

Further, K███ has suffered and continues to suffer significant emotional injuries secondary to her physical condition.

## X.

As a result thereto, Plaintiffs, Toni and Joshua Bellais, as Natural Parents and Legal Guardians of K███ B███, has suffered the following damages: bills for medical

treatment, past and future; physical pain and suffering including loss of enjoyment of life, past and future; mental and emotional distress, past and future; permanent scarring and disfigurement in an amount to be determined by the trier of fact.

XI.

Plaintiffs show that they are entitled to a trial by jury on all issues raised herein, and pray for a trial by jury on all issues raised herein.

WHEREFORE, your Plaintiffs, Toni Bellais and Joshua Bellais, as Natural Parents and Legal Guardians of K▆▆▆ B▆▆▆, a minor, prays that Land Holdings I, LLC d/b/a Scarlet Pearl Casino Resort be served with a copy of this Complaint, and after being duly cited to appear and answer, and after the expiration of all legal delays and due proceedings are had, there be judgment rendered for plaintiff, and against defendant with legal interest at 8% until paid, for all costs of these proceedings, and for all appropriate legal and equitable relief. Further, a **TRIAL BY JURY** is requested on all issues raised herein.

RESPECTFULLY SUBMITTED, this the 1 day of March, 2021.

> MORRIS BART, LTD.
> ATTORNEYS FOR PLAINTIFFS
> 1712 15TH STREET, SUITE 300
> GULFPORT, MS
> (228) 432-9000 – Telephone
> (866) 354-9707 – Facsimile
> sbishop@morrisbart.com
>
> BY: _____
> M. SCOTT BISHOP, MS BAR #102699