IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TONI BELLAIS and JOSHUA BELLAIS,** *as Natural Parents and Legal Guardians of K.B., a minor*     **PLAINTIFFS**

**v.**     **CIVIL ACTION NO. 1:21-cv-241-TBM-RPM**

**LAND HOLDINGS I, LLC**     **DEFENDANT**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 12th day of August, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE